**Order entered February 8, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00116-CR**

**JEREMIAH ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F17-33830-L**

**ORDER**

Before the Court is appellant's February 2, 2023 motion for extension of time to file appellant's brief, which was filed with appellant's brief on February 2, 2023. On February 1, 2023, we ordered appellant's brief be filed on or before February 10, 2023. Because appellant's brief was timely and has been filed in this Court, we **DENY** as moot the motion for extension of time to file the brief.

/s/ NANCY KENNEDY
JUSTICE